IN THE MATTER OF RICHARD A. FIORE, AN
ATTORNEY AT LAW.

Decided March 23, 1990.

ORDER

RICHARD A. FIORE of HACKENSACK, who was admitted
to the bar of this State in 1967, having tendered his consent to
disbarment as an attorney at law of the State of New Jersey,
and good cause appearing;

It is ORDERED that RICHARD A. FIORE is disbarred,
effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll
of attorneys and that he be permanently restrained and en-
joined from practicing law; and it is further

ORDERED that respondent comply with Administrative
Guideline No. 23 of the Office of Attorney Ethics dealing with
disbarred attorneys.